UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SSB HOMES, INC.,

                                 Plaintiff,

-v-

MT. HAWLEY INSURANCE COMPANY,

                                 Defendant.

22 Civ. 6992 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On August 17, 2022, the Court received notice of the transfer of *SSB Homes Inc., v. Mt. Hawley Insurance Company* to this District. The Court adopts the existing case management plan, Dkt. 9, and insofar as it sets February 1, 2023 as the end date for fact discovery, the Court accordingly schedules a case management conference for one month later on March 1, 2023 at 10 a.m.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                          *Paul A. Engelmayer*

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 18, 2022
       New York, New York